740

out disbursements. No opinion. Concur—Kupferman, J. P., Fein, Kassal and Wallach, JJ.

■ In the Matter of JUNE BRIESE et al., Appellants, v MORTON C. HILLMAN et al., Respondents.—Judgment, Supreme Court, Queens County (Sol Dunkin, J.), entered on or about July 29, 1986, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Fein, Kassal and Wallach, JJ.

■ CINDY A. FINE et al., Appellants-Respondents, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent, and PO-LING NG et al., Respondents-Appellants.—Judgment, Supreme Court, New York County (David Edwards, Jr., J.), entered on or about July 18, 1986, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Fein, Kassal and Ellerin, JJ.

■ In the Matter of ISRAEL RUIZ, JR., Petitioner, v ORLANDO VELEZ, Respondent. (And Several Other Proceedings.)—Judgment, Supreme Court, Bronx County (Carl Mugglin, J.), entered on or about August 18, 1986, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Fein, Kassal, Ellerin and Wallach, JJ.

■ In the Matter of KAREN M. ARGENTI, Appellant, v ISRAEL RUIZ, JR., et al., Respondents. In the Matter of ISRAEL RUIZ, JR., Respondent, v KAREN M. ARGENTI et al., Appellants. —Judgment, Supreme Court, Bronx County (Carl Mugglin, J.), entered on or about August 15, 1986, unanimously affirmed, without costs and without disbursements. No opinion. Concur —Kupferman, J. P., Fein, Kassal, Ellerin and Wallach, JJ.

■ In the Matter of DENNIS COLEMAN et al., Respondents, v ROSEMARY A. MILLUS et al., Respondents, and DESERIE SANCHEZ et al., Appellants. In the Matter of SHIRLEY GULLATT, Appellant, v ROSEMARY A. MILLUS et al., Respondents, and DENNIS COLEMAN et al., Respondents-Respondents.—Judgment, Supreme Court, Bronx County (Carl Mugglin, J.), entered on August 18, 1986, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Fein, Kassal, Ellerin and Wallach, JJ.

■ In the Matter of RUTH ROSENZWEIG et al., Respondents-Appellants, v ROSEMARY A. MILLUS et al., Respondents, and LORRAINE BACKAL, Appellant-Respondent.—Judgment, Supreme Court, Bronx County (Carl Mugglin, J.), entered on August 18, 1986, unanimously affirmed, without costs and